IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           v.                                      22-CR-74-LJV

KYLE N. LEWIS,

              Defendant.

---

## GOVERNMENT'S SENTENCING MEMORANDUM

**THE UNITED STATES OF AMERICA**, through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, and Joshua A. Violanti, Assistant United States Attorney, of counsel, hereby files its sentencing memorandum.

## PROCEDURAL HISTORY

On December 7, 2023, before the Magistrate Court, the defendant pled guilty to a one-count Superseding Information which charged a violation of Title 21, United States Code, Section 846 pursuant to a plea agreement. *See* Dkts. 284, 285, 286, 287, and 288.  In paragraph 11 of the plea agreement, the parties agreed to the correctness of the guidelines calculations but reserved the right to recommend a sentence outside the calculated guidelines range.  Dkt. 287.  The Magistrate Court issued a report and recommendation that the defendant's plea of guilty be accepted.  Dkt. 289.  On February 26, 2024, the Court issued an order accepting the defendant's guilty plea in its entirety.  Dkt. 310.

## SENTENCING PROCEDURE

Title 18, United States Code, Section 3553(a) requires that this Court "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in [18 U.S.C. § 3553(a)(2)]."

In executing its statutory responsibilities, the Court must first correctly calculate the applicable Guidelines range. *Gall v. United States*, 552 U.S. 38, 49-50 (2007). This range is "the starting point and the initial benchmark." *Id.* As the Second Circuit held, "[t]he Guidelines range . . . represents the Sentencing Commission's considered opinion about what the sentence should be in an 'ordinary' case, and therefore serves as the district court's 'starting point' in selecting a sentence. The § 3553(a) factors, in turn, provide the sentencing judge with a set of criteria for potential variances, based on 'the nature and circumstances of the offense and the history and characteristics of the defendant.'" *United States v. Dorvee*, 616 F.3d 174, 182 (2d Cir. 2010) (internal citation omitted). After giving the parties an opportunity to argue for whatever sentence they deem appropriate, this Court must then "consider all the § 3553(a) factors to determine whether they support the sentence requested by a party." *Gall*, 552 U.S. at 49-50. In determining whether the § 3553(a) factors support the requested sentence, the Court "must make an individualized assessment based on the facts presented." *Id.* at 50. In that regard, "[n]o limitation shall be placed on the information concerning the background, character and conduct of a person convicted of an offense which a court . . . may receive and consider for the purpose of imposing an appropriate sentence." 18 U.S.C. § 3661; *see also United States v. Cavera*, 550 F.3d 180, 190 (2d Cir. 2008) (citing Section 3661). If a non-Guidelines sentence is warranted, the Court "must consider the

extent of the deviation and ensure that the justification is sufficiently compelling to support the degree of the variance."   *Gall*, 552 U.S. at 50.

The government submits that the Court should sentence the defendant to a 108-month sentence, to afford adequate deterrence to the defendant's criminal conduct, reflect the seriousness of the offense, promote respect for the law, and provide just punishment for the offense.

## ARGUMENT

**A.**    **The Factors Under § 3553(a) Support a Sentence of 108 months.**

     **1)**    **The Nature and Circumstances of the Offense and the History and Characteristics of the Defendant**

This matter is about the drug trafficking of Joseph Zaso, the defendant, and the consequences of that drug trafficking on the people in and around Jamestown, New York. The nature of the defendant's offenses was patently dangerous and serious.   The defendant distributed at least 190 grams of fentanyl sourced from Zaso and others.   The defendant utilized electronic media to effectuate his drug trafficking activities, including his Facebook account.   Below are some relevant excerpts indicative of the defendant's drug trafficking activities:

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-10-05 22:28:42 UTC
**Body** Oh ok well what u coming to town for

**Author** ████████████
**Sent** 2021-10-05 22:28:55 UTC
**Body** Food

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-10-05 22:29:27 UTC
**Body** Like dope or food u eat

**Author** ████████████
**Sent** 2021-10-05 22:29:41 UTC
**Body** Dope

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-10-05 22:30:05 UTC
**Body** I got the best dope promise

**Author** ████████████
**Sent** 2021-10-05 22:31:23 UTC
**Body** Oh ya??

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-10-05 22:31:45 UTC
**Body** Hell yeah I swear ask anyone

******

**Author** ████████████
**Sent** 2022-01-27 20:26:43 UTC
**Body** You got good food

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2022-01-27 20:26:56 UTC
**Body** Fire

**Author** ████████████
**Sent** 2022-01-27 20:27:14 UTC
**Body** What color

**Author** ████████████
**Sent** 2022-01-27 20:27:30 UTC
**Body** And it's not cutt cause this is all my bread

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2022-01-27 20:28:26 UTC
**Body** Trust  me the best shit u ever had

**Author** ████████████
**Sent** 2022-01-27 20:28:48 UTC
**Body** Okay well can I get a half love please

**Author** ████████████
**Sent** 2022-01-27 20:28:59 UTC
**Body** What color though babe

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2022-01-27 20:42:48 UTC
**Body** Purple the real good stuff though everyone loving it

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-12-21 05:34:04 UTC
  **Body** What's good

**Author** ██████████████████████████████
  **Sent** 2021-12-21 05:34:44 UTC
  **Body** Can u do me a huge favor? I'm dope sick af  and don't got no
      duckets rn could u help me out w a foil just to get me right pretty
      plz u know I usually don't come to u w/o any money I'm just
      desperate rn been dope sick all fucking day :(

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-12-21 05:36:07 UTC
  **Body** Maybe I need some head

**Author** ████████████████████████████
  **Sent** 2021-12-21 05:36:21 UTC
  **Body** Lmao bet wya??

**Author** ████████████████████████
  **Sent** 2021-12-21 05:37:24 UTC
  **Body** ???(

**Author** █████████████████████████
  **Sent** 2021-12-21 05:38:11 UTC
  **Body** You missed a call from #1 customer ⬛⬛⬛⬛⬛.

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-12-21 05:38:33 UTC
  **Body** Give me a few

*****

**Author** ███████████████████

**Body**

Can you get me unsick until he gets here or no

**Author** ███████████████████
**Sent** 2022-04-03 14:30:59 UTC
**Body** Head & sex for some food?

**Author** ███████████████████
**Sent** 2022-04-03 15:46:28 UTC
**Body** ??

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2022-04-03 16:49:19 UTC
**Body** What's good

**Author** ███████████████████
**Sent** 2022-04-03 16:58:14 UTC
**Body** What's up

**Author** ███████████████████
**Sent** 2022-04-03 17:00:55 UTC
**Body** U down or?

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2022-04-03 17:03:52 UTC
**Body** You: 👍
**Attachments** sticker (369239263222822)
 **Type** image/png
 **Size**
 **URL** https://interncache-nao.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=1-7&_nc_sid=0572db&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-nao&oh=00_
AT-HB6wRamKgJ691v48KYA4t7bMlx0CIMvOsUU
3W_7OWdg&oe=632EA60B



**Photo ID** 369239263222822

*****

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 00:26:47 UTC
  **Body** Head?

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 01:20:07 UTC
  **Body** I don't even wanna ask this at all...but last night you said "well here's this for now..." Cuz u were walking out the door,.... you planned on throwing me more for that stuff or no? That's why I wanted that was to get some dope because I don't have any $ and I hate asking you for stuff like this like even though when you handed me that dub and you said here this is just for now, I'm always scared to ask for more towards it cuz I always think ur Gunnar bitch nbtalk shit to me n not do it

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 08:59:15 UTC
  **Body** Can we do our usual? Head & sex for food

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 08:59:56 UTC
  **Body** I want to one more time Incase u do get locked up. I don't think u will tho

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 11:09:25 UTC
  **Body** You missed a call from Kristen.

**Author**  ████████████████████████████████
  **Sent** 2022-04-06 13:08:32 UTC
  **Body** You missed a call from Kristen.

***** 

**Author**  ████████████████████████████████
  **Sent** 2021-03-04 00:39:13 UTC
  **Body** I just gotta get high bro ... Im sick   and everybody sellin this cut shit....

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-03-04 00:40:04 UTC
  **Body** Bro I got straight fetty no cut promise u gun a come back

**Author**  ████████████████████████████████
  **Sent** 2021-03-04 00:40:53 UTC
  **Body** I hope so.....    U know the game.... Heard that yesterday  and it was sugar n cut....

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-03-04 00:41:38 UTC
  **Body** Ok

**Author** Kyle Lewis (Facebook: 100053914867064)
  **Sent** 2021-03-04 00:43:25 UTC
  **Body** And i need 60 a half Brody its uncut

\*\*\*\*\*

**Author** [redacted]
**Sent** 2021-05-13 01:13:02 UTC
**Body** Everything ive been findin is trash  or cut to fuxk

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-05-13 01:14:16 UTC
**Body** I got fire and i charge 140 a g its pure fetty straight up

**Author** [redacted]
**Sent** 2021-05-13 01:26:19 UTC
**Body** Really?? No shit... Could i take a hit first an see?

**Author** [redacted]
**Sent** 2021-05-13 01:26:29 UTC
**Body** Id meet up with ya if you can.

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-05-13 01:27:12 UTC
**Body** U gotta give me a few

\*\*\*\*\*

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-09-30 00:20:20 UTC
**Body** 125 a gram and 75

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-09-30 00:21:50 UTC
**Body** I got fire

**Author** [redacted]
**Sent** 2021-09-30 00:22:47 UTC
**Body** Is it fetty i need suttin strong and I got a mini camera I want u to
look at I got a 8th of shrooms I got a cpl watches and a cll phones
and I got a wireless beats by Dre headpones

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-09-30 00:24:21 UTC
**Body** I need bread rn

**Author** [redacted]
**Sent** 2021-09-30 00:29:16 UTC
**Body** Ok ill need atleast a g my ride will b here in 20 so u want me jus to
call u wenni get to town

\*\*\*\*\*

8

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-03-27 14:36:29 UTC
**Body** Yo what's up with you are you awake?

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-03-27 16:41:51 UTC
**Body** Holly called you.
**Call Record**          **Missed** false
                         **Duration** 12

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-03-28 16:01:28 UTC
**Body** Hey can u please please do me a favor i got fucked up on my money can u spot me two g's and i got u i got fifty of it now

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-03-29 18:57:58 UTC
**Body** I need to see u

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-03-31 17:55:45 UTC
**Body** Yooo you still need?

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-03-31 17:59:04 UTC
**Body** Yes I m so pissed the other people dipped but I have 80 now I did have more but couldn't wait can u please do a g for me and I got those Vicks

\*\*\*\*\*

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-04-05 06:40:05 UTC
**Body** Hey whats good

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-04-05 06:54:18 UTC
**Body** What's up

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-04-05 06:56:29 UTC
**Body** ??

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-04-05 06:56:29 UTC
**Body** I need 3 g and 1 cream I got 400 all together

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-04-05 06:56:36 UTC
**Body** Come on

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-04-05 06:56:46 UTC
**Body** Wya

**Author** Holly Berenguer (Facebook: 100025503330410)
**Sent** 2021-04-05 06:57:01 UTC
**Body** Hello

**Author** Kyle Lewis (Facebook: 100053914867064)
**Sent** 2021-04-05 06:57:21 UTC
**Body** Im on barrows and king

The trafficking of fentanyl destroys lives and communities. Fentanyl and its analogues are "lethal narcotics that are destroying communities and causing overdose deaths. The harm being caused by the distribution of these drugs can be more dangerous than some crimes that are categorized as crimes of violence." *See United States v. Mendez*, No. 1:19-CR-00245 EAW, 2020 WL 3263446, at *4 (W.D.N.Y. June 17, 2020), aff'd, No. 20-2066, 2020 WL 5814214 (2d Cir. Sept. 23, 2020) (discussing heroin, fentanyl, and acetyl fentanyl);[1]

---

[1] *See* Erie County Opiate Epidemic Task Force reveals bleak data, Erie County Opiate Epidemic Task Force reveals bleak data, SPECTRUM NEWS 1, https://spectrumlocalnews.com/nys/buffalo/news/2022/02/08/erie-county-opiate-epidemic-taskforce-reveals-bleak-data (updated on Feb. 8, 2022, 5:10 PM). ("Last year, 177

*United States v. Zaso*, No. 22-CR-74-A, 2022 WL 4077675, at *2 (W.D.N.Y. Sept. 6, 2022), *aff'd*, No. 22-2050, 2022 WL 17741537 (2d Cir. Oct. 31, 2022) (pretrial detention); *United States v. Roman*, No. 19-CR-116 (KMW), 2022 WL 17819525, at *3 (S.D.N.Y. Dec. 20, 2022) (in compassionate release motion, "Heroin and fentanyl are extremely addictive and dangerous narcotics, which lead to thousands of overdose deaths in the United States each year … Releasing Roman now would show disregard for the severity of Roman's offense.").

The defendant's trafficking of these substances was dangerousness and harmful to his community of Jamestown, NY.   *See United States v. Holden*, 2017 WL 1362684, at *2 (E.D. Ky. Apr. 12, 2017) (mentioning that the dangers associated with drug trafficking "leading to near fatal overdoses cannot be understated").   The defendant "contributed to the proliferation of dangerous drugs in his community" and a "reduced sentence would not reflect the harm suffered."   *Cf.   United States v. Gibson*, 2020 WL 7343802, at *5 (E.D.N.Y. Dec. 14, 2020).   The defendant's sentence should hold him the defendant accountable for it.

The defendant's background supports a 108-month sentence.   The defendant's criminal history is lengthy, serious, and demonstrative of a man who routinely puts his own interests ahead of society's.   Based on the government's review of the PSR, the defendant has had 13 arrests in the span of approximately 12 years.   Many of his convictions concern drug use and possession.

---

people in Erie County died from opioid use, and that total doesn't even include more than 100 pending cases. Of those 177 victims, nearly a third of them were in their 30s. The drug fentanyl has become one of the main concerns in this epidemic. It was identified in 86% of the county's overdose deaths, in comparison to heroin, which was identified in 7% of victims.").

"'Persons charged with major drug felonies are often in the business of importing and distributing dangerous drugs, and thus, because of the nature of the criminal activity with which they are charged, they pose a significant risk of pretrial recidivism.'" *United States v. Shea,* 749 F. Supp. 1162, 1166 (D. Mass. 1990) (quoting S. Rep. No. 225, 98th Cong., 2d Sess. 20, *reprinted in* 1984 U.S. Code Cong. & Admin. News 3182, 3203). "The quintessential factor is whether a defendant will do what the court directs." *United States v. Barnett*, 2003 WL 22143710, at *12 (N.D.N.Y. Sept. 17, 2003) (pretrial detention context). "In other words, past behavior best predicts future behavior and whether the court can rely on a defendant's good faith promises." *Id.* The defendant's record demonstrates that he does not recognize the importance of being a law-abiding citizen.

As a result, the government requests a sentence of 108 months as it appropriately accounts for the defendant's substantial drug trafficking and harm he inflicted on his own community.

2) **The Need to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense**

Under 18 U.S.C. § 3553(a)(2)(A), the Court should consider how the sentence fashioned reflects the seriousness of the offense. To achieve this end, the Court should consider the objective harm of the offense and the subjective culpability of the offender himself. In the instant case, the gravity of the defendant's conduct was both serious and substantial to the Jamestown community. A sentence of 108 months addresses the seriousness of the offense under § 3553(a)(2)(A).

**3)**    **Deterrence**

Under 18 U.S.C. § 3553(a)(2)(B), the Court should consider whether a sentence affords adequate deterrence.    Unlike other sentencing considerations, the goal of deterrence is not to punish the crime at hand, but to achieve a practical end for the future—namely the prevention of crime.    Deterrence can be both specific to the defendant or general to the public.    As one court explained: "[s]pecific deterrence is meant to disincline individual offenders from repeating the same or other criminal acts. . . [while] [g]eneral deterrence attempts to discourage the public at large from engaging in similar conduct." *United States v. Blarek*, 7 F. Supp. 2d 192, 210 (E.D.N.Y.), *aff'd*, 166 F.3d 1202 (2d Cir. 1998) (internal citations omitted).

Here, the considerations of general deterrence weigh towards a sentence of 108 months.    The crimes of the defendant were seriously detrimental to society, particularly, the Jamestown community.

### New York State Opioid Annual Report 2021

**Data Table 3.2 Opioid burden (including outpatient emergency department visits and hospital discharges for non-fatal opioid overdose, abuse, dependence, and unspecified use; and opioid overdose death), crude rate per 100,000 population, by county, New York State, 2019**

| County | Numerator | Population | Crude rate per 100,000 population |
|---|---|---|---|
| Albany | 914 | 305,506 | 299.2 |
| Allegany | 51 | 46,091 | 110.7 |
| Bronx | 6,944 | 1,418,207 | 489.6 |
| Broome | 622 | 190,488 | 326.5 |
| Cattaraugus | 135 | 76,117 | 177.4 |
| Cayuga | 143 | 76,576 | 186.7 |
| Chautauqua | 666 | 126,903 | 524.8 |

13

See New York State Opioid Annual Report 2021, available at https://www.health.ny.gov/statistics/opioid/data/pdf/nys_opioid_annual_report_2021.pdf (last accessed on December 30, 2024). "In 2019, the 16 counties with opioid burden (including opioid overdose deaths, non-fatal outpatient ED visits and hospital discharges involving opioid overdose, abuse, dependence and unspecified use) in the highest quartile (crude rates greater than or equal to 279.7 per 100,000 population) were: *Chautauqua*, Bronx, Ulster, Sullivan, Greene, Dutchess, Chemung, Broome, Richmond, New York, Niagara, Onondaga, Albany, Rensselaer, Suffolk, and Monroe (Figure 3.2)." *Id.* at 42 (emphasis added). Chautauqua County had the highest crude rate. *Id.* at 12.

The general deterrence effect of punishment would be reduced if individuals responsible for the range of fentanyl trafficking activities and were given too lenient sentences.

**4)    The Need to Protect the Public from Further Crimes of the Defendant**

Under 18 U.S.C. § 3553(a)(2)(C), the Court should consider whether a sentence considers the need for incapacitation. "Incapacitation seeks to ensure that offenders are rendered physically incapable of committing crime." *Blarek*, 7 F. Supp. 2d at 209 (quoting Arthur W. Campbell, *Law of Sentencing* § 2:3, at 27–28 (1991)). The considerations under § 3553(a) once again weigh in favor of a sentence of a 108-month sentence.

## **CONCLUSION**

For the above reasons, the government respectfully requests that the Court impose a sentence of 108 months.

DATED:   Buffalo, New York, January 3, 2025.


TRINI E. ROSS
United States Attorney


BY:     s/JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5864
Joshua.Violanti@usdoj.gov