UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

    vs.                                          22-CR-074

KYLE LEWIS,
                    Defendants.
_____

**JEREMY D. SCHWARTZ**, attorney for defendant, KYLE LEWIS having reviewed the revised presentence investigation report (PSR) submitted by the United States Probation Department states that the defendant has no objection to the facts or legal conclusions contained in the aforementioned report.

                              **DATED:**      Buffalo, New York, February 2, 2025

                                                        Respectfully Submitted,

                                                         /s/ Jeremy Schwartz

                                                         JEREMY D. SCHWARTZ, ESQ.
                                                         561 Ridge Road
                                                         Lackawanna, New York 14218
                                                         (716)823-2558 (T)
                                                         (716)822-0009 (F)
                                                         jschwartz@buffalodefenselaw.com

TO:    JOSHUA VIOLANTI
         ASSISTANT UNITED STATES ATTORNEY

         UNITED STATES PROBATION